CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Landlord, Appellant, *v.* EDWOODS, INC., Tenant, Respondent, et al., Undertenants.

Supreme Court, Appellate Term, First Department, February 11, 1948.

*J. Sloame Immerman* and *Jacob Neumark* for respondent.

*Thomas P. Farley* and *Eugene H. Southall* for appellant.

*Per Curiam.* The final order should be reversed, with $30 costs, on authority of *Reed* v. *Bell & Co.* (188 Misc. 914). Appeal to the Appellate Division in that case which was adjusted has been withdrawn. On consent of counsel and by reason of the lamented death of our colleague Mr. Justice McLAUGHLIN, and division of opinion, this appeal has been added to the January, 1948, calendar. Leave to appeal to the Appellate Division is granted.

HAMMER and EDER, JJ., concur.

HECHT, J. I dissent from reversal and vote for affirmance for the reasons stated in my dissenting opinion in the *Reed* case (*supra*).

Final order reversed, etc.